UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 16-23782-CIV-MORENO**
**(13-20618-CR-MORENO)**

JOHN ELKIN MARIN GUTIERREZ,

        Movant,

vs.

UNITED STATES OF AMERICA,

        Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING MOVANT'S MOTION TO VACATE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Movant's Motion to Vacate pursuant to 28 U.S.C. § 2255, filed on **September 2, 2016**. The Magistrate Judge filed a Report and Recommendation **(D.E. 9)** on **August 24, 2017**. No objections to the Report and Recommendation were filed. The Court has reviewed the entire file and record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge White's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Movant's Motion to Vacate pursuant to 28 U.S.C. § 2255 is DENIED. It is further

**ADJUDGED** that no certificate of appealability issue.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of September 2017.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Patrick A. White

Counsel of Record

John Elkin Marin Gutierrez, *Pro Se*
08923-104
D. Ray James Correctional Institution
Inmate Mail/Parcels
P.O. Box 2000
Folkston, GA 31537